IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION No.: 5:12CV45-RLV

| | |
|---|---|
| HELLBENDER, INC., d/b/a Boone Saloon, a North Carolina Corporation, and PHOENIX COMPANY, INC., d/b/a Char, a North Carolina Corporation, <br>    Plaintiffs-Petitioners, <br><br>vs. <br><br>TOWN OF BOONE, <br>    Defendant-Respondent. | O R D E R |

**THIS MATTER** is before the Court upon Plaintiffs' "Combined Motion for Temporary Restraining Order and Preliminary Injunction," filed June 15, 2012.[1] (Doc. #6)

Plaintiffs' motion appears to incorporate the alleged legal support for the motion for injunctive relief. However, Plaintiffs are referred to Local Civil Rule 7.1(C), which generally requires that a separate brief or memorandum of law be filed contemporaneously with motions in civil cases. *See* L.Cv.R. 7.1(C)(2012). In light of Plaintiffs' failure to comply with the district's local rules and procedures, the Court will not consider Plaintiffs' motion at this time.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Combined Motion for Temporary Restraining Order and Preliminary Injunction" is **DENIED** *without prejudice* for failure to comply with the local rules.

Signed: June 19, 2012

Richard L. Voorhees
United States District Judge

---

[1] Defendant has also moved to dismiss the Amended Complaint for failure to state a claim upon which relief may be granted pursuant to FED. R. CIV. P. 12(b)(6). (Docs. ##4,7-8) Plaintiffs have not responded to Defendant's motion and the time for written response has not yet expired. *See* L.Cv.R. 7.1(E). Thus, Defendant's motion is not ripe for disposition.