# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| HELLBENDER, INC., d/b/a Boone Saloon, a North Carolina Corporation, and PHOENIX COMPANY, INC., d/b/a Char, a North Carolina Corporation, | ) ) ) ) ) ) | CLERK'S JUDGMENT IN CASE |
| Plaintiffs-Petitioners, | ) ) | 5:12-CV-00045-RLV-DCK |
| vs. | ) ) | |
| TOWN OF BOONE, | ) ) | |
| Defendant-Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2013, Order.

Signed: March 31, 2013

Frank G. Johns, Clerk
United States District Court